IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EX REL EVARISTUS MACKEY,<br><br>   Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA FEDERAL PROSECUTOR OFFICE EASTERN DISTRICT OF LOUISIANA, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-3811-TWT |

**ORDER**

This is a pro se Bivens action against the Plaintiff's prosecutors in the Eastern District of Louisiana. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for improper venue. The Plaintiff's objections are frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of January, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Mackey\r&r.wpd